Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
        1990 N. California Blvd.  Suite 20
        Walnut Creek, CA 94596
        Tel: (925) 222-7071
        Fax: (925) 522-5306
        Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
CHANEL NICHOLE TOURGEMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CHANEL NICHOLE TOURGEMAN,<br><br>              Plaintiff,<br><br>              v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>              Defendant. | Case No. EDCV 5:21-cv-00751-SP<br><br>ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

        Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $7,523.85 as authorized by 28 U.S.C. § 2412, and no costs as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: October 24, 2022       _____

                             HON. SHERI PYM
                             UNITED STATES MAGISTRATE JUDGE